# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**WARREN SMITH,**

    **Plaintiff,**

**vs.**　　　　　　　　　　　　　　　　　　　　　**CASE NO. 4:08CV227-WS/AK**

**RICHARD LUKENS, et al,**

    **Defendants.**

_____/

## O R D E R

    Plaintiff has responded to the Court's show cause order to explain that his files have been confiscated and he has been threatened with regard to this lawsuit. He asks for additional time to file the amended motion for leave to proceed IFP and submit the necessary inmate account information, as well as copies of all papers he has filed. Plaintiff is not entitled to free copies of the papers filed in connection with this lawsuit, but he may pay the Clerk's Office for copies at $0.50 a page. If he desires to do this, he should write the Clerk's Office and request information about the number of pages on file and make arrangements for payment. Also, the Court will grant Plaintiff through April 30, 2009, to file an amended motion for IFP and the inmate account information, but no additional time will be granted unless Plaintiff provides the Court with copies of Inmate Requests he has filed to obtain this information and the administration's responses thereto.

Accordingly, it is

**ORDERED:**

1. Plaintiff shall have through April 30, 2009, to comply with the Court's previous Order.

2. Plaintiff's request for copies without prepayment of copying costs is **DENIED**.

**DONE AND ORDERED** this  _7th_  day of April, 2009.


        *s/ A. KORNBLUM*
        **ALLAN KORNBLUM**
        **UNITED STATES MAGISTRATE JUDGE**

**No. 4:08cv227-ws/ak**