**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**WARREN SMITH,**

    **Plaintiff,**

**vs.**     **CASE NO. 4:08CV227-WS/AK**

**RICHARD LUKENS, et al,**

    **Defendant.**

    _____/

## REPORT AND RECOMMENDATION

Plaintiff was directed to file a completed Prisoner Consent Form and Financial Certificate by Order dated May 29, 2008. Plaintiff submitted an Affidavit of Indigence, June 23, 2008, (doc. 5), but the affidavit was incomplete and it did not include Plaintiff's prison inmate account information certified by a prison official as required. Plaintiff was directed to file an amended pleading by Order dated January 13, 2009, (doc. 7), and when no pleading was filed an Order to Show Cause was entered directing a response on or before March 16, 2009. (Doc. 8). Plaintiff filed a response to the Order to Show Cause on April 1, 2009, seeking additional time to comply with the Court's previous order. By Order dated April 7, 2009, (doc. 11), Plaintiff was granted additional time to comply with the Court's previous Order and when no pleading was filed a second Order to Show Cause was entered directing a response on or before May 19, 2009, (doc. 12),

as to why this case should not be dismissed for failure to prosecute. As of this date, there has been no response to the show cause order or any further communication by Plaintiff with the Court.

A trial court has inherent power to dismiss a case *sua sponte* for failure to prosecute. Link v. Wabash Railroad, 370 U.S. 626, 82 S. Ct. 1386, 8 L.Ed2d 734 (1962). Fed. R. Civ. P. 41(b) also authorizes a district court to dismiss an action for failure to obey a court order. Plaintiff has failed to comply with two orders of this Court (docs. 7, 11 and 12), or otherwise prosecuted his lawsuit. Consequently, this case should be dismissed.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** without prejudice.

**IN CHAMBERS** at Gainesville, Florida, this **2nd** day of June, 2009.

        *s/ A. KORNBLUM*
        **ALLAN KORNBLUM**
        **UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.