IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WARREN SMITH,

       Plaintiff,

v.                                      4:08cv227-WS

RICHARD LUKENS, et al.,

       Defendants.

_____

## ORDER OF DISMISSAL

Before the court is the magistrate judge's report and recommendation (doc. 13) docketed June 2, 2009. The magistrate judge recommends that this case be dismissed without prejudice for failure to prosecute and to comply with orders of the court.

Upon review of the record, this court has determined that the recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order of the court.

2. The plaintiff's complaint, and this action, are hereby DISMISSED without prejudice for failure to prosecute and to comply with orders of the court.

3. The clerk is directed to enter judgment accordingly.

DONE AND ORDERED this    1st    day of   July  , 2009.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE